**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>JARED WOLF<br><br>PLAINTIFF(S),<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND<br><br>Civil Action No.: ________________ |

**MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND**

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No._______, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I. DEFENDANTS

1. Plaintiff(s) name(s) the following Defendants in this action:

__X__ 3M Company

______ 3M Occupational Safety LLC

______ Aearo Holding LLC

______ Aearo Intermediate LLC

______ Aearo LLC

______ Aearo Technologies LLC

## II. PLAINTIFF(S)

2. Name of Plaintiff:

| |
|---|
| JARED WOLF |

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

| |
|---|
| |

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

| |
|---|
| |

5. State(s) of residence of Plaintiff(s):

| |
|---|
| MI |

## III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other):

| |
|---|
| Diversity of Citizenship |

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

| |
|---|
| District of MN |

## IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

__X__ Yes

_____ No

## V. INJURIES

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

__X__ Hearing loss

__X__ Sequelae to hearing loss

__X__ Other [specify below]

| |
|---|
| Tinnitus |

## VI. CAUSES OF ACTION

10. Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

__X__ Count I – Design Defect – Negligence

__X__ Count II – Design Defect – Strict Liability

__X__ Count III – Failure to Warn – Negligence

__X__ Count IV – Failure to Warn – Strict Liability

__X__ Count V – Breach of Express Warranty

__X__ Count VI – Breach of Implied Warranty

__X__ Count VII – Negligent Misrepresentation

__X__ Count VIII – Fraudulent Misrepresentation

__X__ Count IX – Fraudulent Concealment

__X__ Count X – Fraud and Deceit

__X__ Count XI – Gross Negligence

__X__ Count XII – Negligence Per Se

__X__ Count XIII – Consumer Fraud and/or Unfair Trade Practices

_____ Count XIV – Loss of Consortium

__X__ Count XV – Unjust Enrichment

__X__ Count XVI – Punitive Damages

______ Count XVII – Other [specify below]

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

12. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: November 30, 2022

/s/ Shelley V. Hutson
Shelley V. Hutson
(Admitted Pro Hac Vice)
Texas State Bar No. 00788878
W. Michael Moreland
(Admitted Pro Hac Vice)
Texas State Bar No. 24051080
Clark, Love & Hutson, PLLC
440 Louisiana Street
Suite 1700
Houston, Texas 77002
Tel.: (713) 757-1400
shutson@triallawfirm.com
mmoreland@triallawfirm.com